WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Assistant United States Attorney
Lewis.Burkhart@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED 14 MAY '25 10:57 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:23-cr-00101-SI** |
| **v.** | **EXHIBITS 1, 2, 3, AND 4 TO GOVERNMENT'S SENTENCING MEMORANDUM (ECF No. 44)** |
| **CIEDRIC ROYCE BROUSSARD,** | |
| **Defendant.** | |

Dated: May 14, 2025.

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney


U.S. ATTORNEY'S OFFICE
DISTRICT OF OREGON
05/14/2025
US v. Ciedric
Royce Broussard
3:23-cr-00101-SI
Exhibits 1, 2, 3, and 4
Government's Sentencing
Memorandum